# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**RICHARD PHILIP, civilian notary-in-fact at large, MICHAEL NORLEY, civilian notary-in-fact at large, PAMELA JOY, civilian notary-in-fact at large**

      vs.                        CASE NUMBER: 7:09-CV-1129 (GTS/GHL)

**CATHERINE O'HAGAN WOLFE, a woman acting as Catherine O'Hagan Wolfe, DENNIS JACOBS, a man acting as Dennis Jacobs, Administrative Chief Judge, JANE/JOHN DOE, men and/or women acting as JANE/JOHN DOE, Officer(s) of the Court, Clerk of Court, LAWRENCE K. BAERMAN, a man acting as Clerk of Court, PENNY PRICE, a woman acting as Deputy Clerk of Court, NORMAN A. MORDUE, a man acting as Chief Judge**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint (titled "Notice and Demand Under Seal for Qualifying Methods, Bond, Oath, Rank and Commission") is *sua sponte* DISMISSED for failure to comply with the Court's filing fee requirements.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 12th day of January, 2010.

DATED: January 13, 2010

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk